**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus Humberto LEON–GUTIERREZ,**
**Defendant–Appellant.**

**No. 04–50799**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Jesus Humberto Leon–Gutierrez, Fort Worth, TX, pro se.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jesus Humberto Leon–Gutierrez (Leon) has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Leon received a copy of counsel's motion but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.